■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDA BUTLER, Appellant. (Appeal No. 1.) [887 NYS2d 924]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 9, 2007. The judgment

revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.